DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dfklein@gmail.com

Attorney for Defendant SEAN EADS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 00-00105-05 SOM** |
| ) | |
| Plaintiff, ) | **MOTION FOR EARLY TERMINATION** |
| ) | **OF PROBATION; DECLARATION OF** |
| vs. ) | **COUNSEL; CERTIFICATE OF** |
| ) | **SERVICE** |
| SEAN EADS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW Defendant SEAN EADS, through counsel David F. Klein, and moves this Honorable Court for an order allowing for the early termination of Defendant SEAN EADS' sentence of probation. By judgment filed February 11, 2005, Mr. Eads was placed on probation for a term of three years.

This motion is based upon *Rules 32.1* and *47* of the Federal Rules of Criminal Procedure and the Declaration of Counsel attached hereto and made pursuant to *18 U.S.C. 3564(c)* which allows the Court to terminate a term of

probation at any time after the expiration of one year of probation.

It is respectfully requested that after considering the factors set forth in section *18 U.S.C. §3553(a)*, the early termination of probation is warranted by the conduct of the defendant and the interest of justice.

Dated at Honolulu, Hawaii, September 26, 2006.

/s/ David F. Klein
David F. Klein
Attorney for Defendant

2