IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>         Plaintiff,         )<br>)<br>     vs.                      )<br>)<br>SEAN EADS,                    )<br>)<br>         Defendant.         )<br>)  | **CR. NO. 00-00105-05 SOM**<br><br>**DECLARATION OF COUNSEL** |

## DECLARATION OF COUNSEL

I, David F. Klein, hereby declare as follows:

1. Declarant is the court-appointed attorney representing Defendant SEAN EADS in the above-entitled matter.

2. That pursuant to the Judgment in a Criminal Case filed on February 11, 2005, Defendant SEAN EADS was sentenced to probation for a term of three years.

3. Mr. Eads has been on probation for more than 19 months.

4. I have been advised that Mr. Eads has been compliant and productive during this term of probation.

5. Mr. Eads is being monitored by the United States Probation Office in San Diego, California.

6. He has been in a stable residence and gainfully employed during this term of probation.

7.   That Donna Deatrick and Kathleen Schwartze who monitor him can be contacted at (619) 557-5757.

8.   For the reasons stated, we respectfully request that this Honorable Court grant the instant motion and terminate Mr. Eads' term of probation.

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

Dated at Honolulu, Hawaii, September 26, 2006.

/s/ David F. Klein
David F. Klein
Attorney for Defendant