CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Thomas J. Brady tom.brady@usdoj.gov     September 26, 2006

Served by Hand-Delivery:

Mr. Richard Crawford                    September 26, 2006
Chief United States Probation Officer
United States Probation Office
Room C-110, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, September 26, 2006.

/s/ David F. Klein