Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 2 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                      Criminal No. CR 00-00105SOM-05

SEAN EADS

On 2/8/2005, the above named was placed on probation for a period of three years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

_J. Martin Romualdez_
J. MARTIN ROMUALDEZ
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 29th day of September, 2006.

_Susan Oki Mollway_
SUSAN OKI MOLLWAY
U.S. District Judge